UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2007 AUG 15  P 4: 11

SIGN _____
BY DEPUTY CLERK

BORDERS, INC.

VERSUS                                                      CIVIL ACTION

PERKINS ROWE ASSOCIATES,                        NO. 05-1374-A
L.L.C., ET AL

# RULING ON
# MOTION FOR SUMMARY JUDGMENT

This matter is before the court on a motion for summary judgment filed by the defendants, Perkins Rowe Associates, L.L.C., Joseph T. Spinosa, and JTS Associates of Louisiana, Inc. (doc. 24).  The plaintiff, Borders Inc., opposes the motion (doc. 40).  The motion was referred to Magistrate Judge Docia L. Dalby (doc. 27), for a report and recommendation which was issued on July 6, 2007 (doc. 60).

The magistrate judge recommends that the summary judgment motion should be granted in part and denied in part.  The defendants have filed an objection to the report and recommendation (doc. 62),[1] which the court finds unpersuasive.[2]

---

[1] The plaintiff has filed a memorandum opposing the defendants' objection, but does not object to the magistrate judge's recommendation that its claims under La. R.S. 51:1401, *et seq.* (The Louisiana Unfair Trade Practices Act) be dismissed (doc. 68).

[2] In the objection, the defendants argue that the magistrate judge erred in finding genuine issues of fact related to the liability of JTS and Joseph T. Spinosa, and that plaintiff's claims of conspiracy and unjust enrichment should not be dismissed.  However, the magistrate judge made no such findings because those arguments were not raised in the original motion.  As a result, those arguments were not before the magistrate judge, nor are they before the court now.

The report and recommendation of the magistrate judge presents a detailed discussion and analysis of each issue raised by the motion for summary judgment. Her conclusions are sound and supported both by law and factual matters presented by the motion for summary judgment.

The court adopts the magistrate judge's report and recommendation (doc. 60) as its opinion herein.

Accordingly, the motion for summary judgment filed by the defendants, Perkins Rowe Associates, L.L.C., Joseph T. Spinosa, and JTS Associates of Louisiana, Inc., (doc. 24) is hereby **DENIED IN PART** and **GRANTED IN PART**, as follows:

1.  Defendants' motion for summary judgment on plaintiff's claims for breach of contract, detrimental reliance, and intentional/negligent misrepresentation are hereby **DENIED**; and

2.  Defendants' motion for summary judgment on plaintiff's claim for unfair trade practices is hereby **GRANTED**.

Baton Rouge, Louisiana, August 15, 2007.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA